| AUSA: | Terrence Haugabook | Telephone: | (313) 226-9157 |
|---|---|---|---|
| Special Agent: | Victor A. Mota, ATF | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
　v.
Harris James Mays

Case No. Case: 2:23−mj−30115
Assigned To : Unassigned
Assign. Date : 3/22/2023
USA V. SEALED (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 8-10, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_(signature)_
Complainant's signature

Victor A. Mota, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_(signature)_
Judge's signature

Date: March 22, 2023

City and state: Detroit, MI

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Victor A. Mota, being sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since March 2020. I am currently assigned to the Detroit Field Division, group VII. I am tasked with investigating violations of firearms and narcotics laws. Prior to becoming a Special Agent with ATF, I was an Officer with the United States Customs and Border Protection Office of Field Operations for ten years as well as a supervisor for about two years. I completed the United States Customs and Border Protection Basic course in Brunswick, Georgia, the Criminal Investigator Training Program in Brunswick, Georgia, and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Brunswick, Georgia. I obtained a Bachelor of Science degree in Criminal Justice from Wayne State University.

2. During my employment with ATF, I have participated in criminal investigations focused on firearms, armed drug trafficking violations, and criminal street gangs. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with firearms violations.

3. I make this affidavit from personal knowledge based on my participation in this investigation, with exception of the matters expressly stated, which are based on information received from other law enforcement officials and/or their personal information, reports and records.

4. The information outlined herein is provided for the limited purpose of establishing probable cause and does not contain all details or facts that exist pertaining to the investigation.

5. I am currently investigating Harris James MAYS, date of birth xx/xx/1981, for possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). I Reviewed MAYS' computerized criminal history (CCH) which revealed that MAYS has the following felony convictions:

   a. 2004: 3rd Circuit Court Criminal Division – Attempt Felony Controlled Substance-Deliver/Manufacture (Cocaine, Heroin or Another Narcotic) less than 50 grams – Found Guilty.

   b. 2005: 3rd Circuit Court Criminal Division – Controlled Substance-Deliver/Manufacture (Cocaine, Heroin or Another Narcotic) – Found Guilty.

## II. SUMMARY OF THE INVESTIGATION

6. On January 8, 2023, DPD Officer Edward Mota and Officer Erik Vidal responded to Henry Ford Hospital on a report of a non-fatal shooting. Officer Mota spoke with witness Dalphine Moore who stated that she (Moore) and Virshawn Jamerson were in the area of Monica and Grand River Detroit, MI to purchase

marijuana from an individual later identified as Harris MAYS. Upon arrival, Ms. Moore placed a phone call to MAYS. MAYS then exited a green house on the block and approached Ms. Moore's side of the vehicle (driver's side). MAYS then stated "Do you have a problem" to Mr. Jamerson. MAYS produced a black handgun, reached into the vehicle with his arm past Ms. Moore and fired a single shot at Mr. Jamerson. Ms. Moore then fled the location and drove Mr. Jamerson to Henry Ford Hospital. Officer Mota, using google maps street view feature, showed Ms. Moore the block of Monica St. near Grand River. Ms. Moore was able to identify the residence which MAYS walked out from prior to the shooting as 101XX Monica.

7. Officer Vidal spoke with Mr. Jamerson who stated he received a phone call from Ms. Moore asking him to accompany her while she purchased cocaine from MAYS. Mr. Jamerson agreed to accompany Ms. Moore, and upon their arrival, MAYS approached their vehicle on Ms. Moore's side. Mr. Jamerson stated that MAYS said, "Do you have a fucking problem with me?" Mr. Jamerson informed Officer Vidal that MAYS produced a black handgun and fired one shot at him striking him on the left side of his back.

8. Ms. Moore's vehicle, a white GMC Acadia bearing Michigan license plate number 3PCR00 was towed away from the scene for evidence. DPD Sergeant James Wiencek, who later responded to the hospital, spoke with Ms. Moore. Ms.

3

Moore provided Sgt. Wiencek the phone number she used to contact MAYS on the night of the incident as: (313) 784-25XX.

9. On January 9, 2023, DPD Detective Eric Carthan searched MAYS through the Law Enforcement Information Network (LEIN) and used MAYS' Michigan State Secretary of State photo to create a six-photo line-up to present to Mr. Jamerson and Ms. Moore. Detective Carthan printed out a photo of 101XX Monica Detroit, MI to verify if it was the location MAYS was observed exiting when the incident occurred. Detective Carthan presented the six-photo line-up to Mr. Jamerson who positively identified MAYS as "Skee", the person who shot him. Mr. Jamerson confirmed 101XX Monica Detroit, MI as the location of the shooting.

10. On January 9, 2023, Detective Carthan searched phone number 313-784-25XX (phone number Ms. Moore provided DPD as the caller number she used to contact MAYS) through CLEAR, a database used by law enforcement which revealed that phone number is registered to Harris James MAYS at 95XX Whitcomb St. Detroit, MI 48227.

11. Detective Carthan presented the six-photo line-up to Ms. Moore who positively identified MAYS as "Skee", the person who shot Mr. Jamerson. Ms. Moore confirmed 101XX Monica Detroit, MI as the location of the shooting.

12. DPD searched MAYS through LEIN which showed MAYS' registered address as 95XX Whitcomb Detroit, MI. On January 10, 2023, DPD obtained an

4

exigent phone ping on 313-784-25XX. Information received from the phone ping placed the device at MAYS' registered address of 95XX Whitcomb Detroit, MI.

13. On January 10, 2023, the Detroit Police Department obtained a search warrant for 92XX Whitcomb Detroit, MI. On January 10, 2023, the search warrant of 95XX Whitcomb Detroit, MI was executed by DPD. MAYS and Olivia Nelson were the only occupants in the residence at the time of the search warrant. The following recoveries were made during the search of 95XX Whitcomb:

  a. DPD Officer John Woods recovered a Glock Box containing a Glock 45, 9mm handgun with Serial number BKLW370 and two loaded Glock magazines from a nightstand in an upstairs bedroom. Officer Woods also recovered $1,000 USD from a safe in the upstairs crawl space and $100 USD from the front living room.

  b. DPD Officer James Mcleod recovered a black TCL phone and black Samsung cell phone in a pink case from a table in the living room.

  c. DPD Officer Aireona Smith recovered a gray timberland box from a first story bedroom containing two Secretary of State Michigan driver Licenses belonging to MAYS registered to 77XX Mettetal Detroit, MI and 95XX Whitcomb Detroit, MI. Twenty loose .308 caliber rounds of ammunition, two boxes of .308 rounds (40 count) of ammunition, Ninety-nine loose .40 caliber rounds of ammunition, one box of .308 caliber rounds (20 count) of ammunition, eight loose .308 caliber rounds of ammunition and an empty black handgun magazine.

  d. DPD Officer Fielder recovered one knotted bag of a white powdery substance, believed to be cocaine from a potted plant in the dining room area. Officer Fielder also recovered a box containing 11 knotted bags of a green leafy substance, believed to be marijuana and a clear ziplock bag containing several smaller green ziplock bags from the living room.

  e. Sergeant Brown recovered a "Boat US" letter addressed to MAYS with the address of 95XX Whitcomb on the letter from a first-floor bedroom.

14. The bullet used by MAYS to shoot Mr. Jamerson was removed by Doctors at Henry Ford Hospital and was recovered by Detroit Police Department and placed on DPD evidence.

15. ATF Special Agent Kevin Rambus, a firearms interstate nexus expert, examined the recovered Glock, model 45, 9mm firearm as well as the above-mentioned ammunition recovered during the execution of the search warrant. Special Agent Rambus advised me that, based on his training and experience, the Glock, model 45, 9mm firearm meets the federal definition of a firearm and that it was manufactured outside the State of Michigan and therefore traveled in interstate and/or foreign commerce. Special Agent Rambus further added that the above-mentioned ammunition recovered during the execution of the search warrant meets the federal definition of ammunition and that it was manufactured outside the State of Michigan and therefore traveled in interstate and/or foreign commerce.

16. The black Glock, Model 45, 9mm, handgun, that was recovered from the search of MAYS' registered address of 95XX Whitcomb, matches the description of a black handgun used by MAYS to shoot Mr. Jamerson.

### III. CONCLUSION

17. Based on the above facts, there is probable cause to believe that on January 8–10, 2023, while in the Eastern District of Michigan, MAYS, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a Glock, model 45, 9mm, semi-automatic pistol, in violation of 18 U.S.C. § 922(g)(1).

18. Based on the above facts, there is probable cause to believe that on January 10, 2023, while in the Eastern District of Michigan, MAYS, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, possessed ammunition, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Special Agent Victor Mota
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Dated: March 22, 2023